```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEDER,

                Plaintiff,

   - against -

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------X

19-CV-6662 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Expert discovery closed on December 3, 2021. By January 14, 2022, the parties shall file a joint letter (1) providing a status report; (2) indicating whether either party plans to file a dispositive motion or instead will be proceeding to trial; and (3) whether the parties would like to have a settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2022
      New York, New York

Copies transmitted this date to all counsel of record.