```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEDER,

                     Plaintiff,

   - against -

UNITED STATES OF AMERICA,

                    Defendant.
------------------------------------------------------------X

19-CV-6662 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     A settlement conference was held on April 7, 2022.  On May 9, 2022, Judge Wang entered an order instructing any party who had not yet responded to the mediator's proposal to do so by June 11, 2022 (to be filed off the docket).  (Dkt. 46.)

     Accordingly, the parties shall file a joint status update by June 24, 2022.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2022
       New York, New York

Copies transmitted this date to all counsel of record.