```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 VEDER,                                                     :
                                                            :    19-CV-6662 (RWL)
                              Plaintiff,                    :
                                                            :
      - against -                                           :    ORDER
 UNITED STATES OF AMERICA,                                  :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties were instructed to file a status report by August 12, 2022.  (Dkt. 49.)

The parties failed to do so, and nothing has since been filed on the docket.

Accordingly, the parties shall file a joint status update by September 16, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2022
       New York, New York

Copies transmitted this date to all counsel of record.